## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ANDREW JAMES BELL,**
**ADC #140259**                                                                    **PLAINTIFF**

**V.**                             **CASE NO. 5:09CV00212 BSM/BD**

**LARRY NORRIS,** *et al.*                                                        **DEFENDANTS**

### ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere.  The parties have not filed objections.  After careful review of the recommended disposition, as well as a *de novo* review of the record, the court concludes that the recommended disposition should be, and hereby is, approved and adopted as this court's findings in all respects in its entirety.

Accordingly, plaintiff's complaint (Doc. No. 2) is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A.  The dismissal will count as a "strike" for purposes of 28 U.S.C. § 1915(g).  The court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 13th day of October, 2009.


_____
UNITED STATES DISTRICT JUDGE