### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ANDREW JAMES BELL,**
**ADC #140259** **PLAINTIFF**

**V.**   **CASE NO. 5:09CV00212 BSM/BD**

**LARRY NORRIS,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. The court certifies, under 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED this 13th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE